■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRELL MEADE, Appellant. [817 NYS2d 547]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered January 18, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Burnice*, 272 AD2d 882 [2000], *lv denied* 95 NY2d 863 [2000]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.